IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

    PLAINTIFF,

    vs.                      Cr. No. 5:05CR50048-001

ROBERTO UGALDE-CHAIREZ,

    DEFENDANT.

## ORDER FOR REMISSION OF SPECIAL ASSESSMENT

Now on this 23rd day of July, 2007, comes on to be considered the United States' Petition for Remission of Special Assessment. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On July 17, 2006, Defendant was sentenced to fifteen months incarceration, three years supervised release with the possibility of deportation, and a $100.00 special assessment.

2. The United States moves to remit Defendant's special assessment pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

The United States states that the Defendant was deported on February 5, 2007, and that there is no reasonable likelihood that the special assessment can be collected.

4.  Upon due consideration, the United States' Petition for Remission of Special Assessment is hereby granted and Defendant's special assessment is remitted.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE